IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **TYRES FRAI' AUNT AUTREY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs | *   Civil No.  07-0895-CG-B |
| | * |
| **MORNING STAR BAPTIST** | * |
| **CHURCH, et al,** | * |
| | * |
| **Defendants.** | * |

**ORDER**

This matter is before the court on plaintiff's appeal (Doc. 22) of the Magistrate Judge's order (Doc. 21) converting the motion to dismiss to a motion for summary judgment.  Plaintiff objects to the conversion of the motion to a motion for summary judgment.  Having reviewed the pleadings and orders entered in this case, and having an understanding of what transpired at the hearing before the Magistrate Judge on July 15, 2008, the court finds that the order of conversion is appropriate and upholds the order converting the motion to dismiss to a motion for summary judgment.

Because the appeal to the district judge was pending at the time the deadline passed for the parties to submit any additional materials[1] they wished the court to consider on the motion for summary judgment, the court, <u>sua sponte</u>, extends that deadline to **September 11, 2008.**

**DONE** and **ORDERED** this 26th day of August, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Those materials are limited to affidavits, depositions, answers to interrogatories, admissions, or as otherwise provided in the rules.